UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MAYA GORELIK,

                Plaintiff,

    -against-

DIGNITY RESTORATION INTERNATIONAL
VOLUNTEER EFFORT and LEV LITMAN,

                Defendants.
-----------------------------------------------------------X

**ORDER**
**11 CV 2826 (RRM)(LB)**

**BLOOM, United States Magistrate Judge:**

    The Court held an initial conference in this case on November 9, 2011. Following the conference, plaintiff voluntarily discontinued the case. Docket entry 14. Accordingly, the Court dismisses this action pursuant to Fed. R. Civ. P. 41(a)(2). The Clerk of Court is directed to close this case.

SO ORDERED.

                                                LOIS BLOOM
                                                United States Magistrate Judge

Dated: November 10, 2011
         Brooklyn, New York